IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Stephen Crowell, § | | Civil Action No. 4:11-cv-393 |
|     Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| ESC-NGH, L.P. d/b/a Emeritus at Champion § | | |
| Oaks a/k/a Emeritus Senior Living, § | | |
| and Emeritus Corporation, § | | |
|     Defendants. § | | A JURY IS DEMANDED |

### Order Granting Plaintiff's Motion to Lift the Stay and Reinstating Plaintiff's Retaliation Claim

Before the Court is the plaintiff's motion to lift the stay and reinstate the plaintiff's retaliation claim under the Assisted Living Facility Act (Tex. Health & Safety Code Ann. §§ 247.001, et. seq. (Vernon 2011). The Court has reviewed the parties' arguments and concludes that the motion is GRANTED.

IT IS ORDERED that the stay is lifted and Plaintiff Stephen Crowell's retaliation claim and cause of action under the Texas Health & Safety Code § 247.068 is REINSTATED.

Signed this 28th day of August, 2013

Vanessa D. Gilmore
UNITED STATES DISTRICT JUDGE